**BLUE APRON HOLDINGS, INC (APRN)**                                                    **Speiser, David**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 6/29/2017 | Purchase | 500 | $10.2063 |
| 6/29/2017 | Purchase | 1,000 | $10.2339 |
| 7/6/2017 | Sale | 1,500 | $8.1450 |