ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/17

DAVID SPEISER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

BLUE APRON HOLDINGS, INC., MATTHEW B. SALZBERG, ILIA M. PAPAS, MATTHEW J. WADIAK, JARED CLUFF, PABLO CUSSATTI, BENJAMIN C. SINGER, JULIE M.B. BRADLEY, TRACY BRITT COOL, KENNETH A. FOX, ROBERT P. GOODMAN, GARY R. HIRSHBERG, BRIAN P. KELLEY and BRADLEY J. DICKERSON,

Defendants.

No.: 1:17-cv-06517

**NOTICE OF VOLUNTARY DISMISSAL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *Speiser v. Blue Apron Holdings, Inc. et al.*, 1:17-cv-06517, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff David Speiser hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: October 3, 2017

Respectfully submitted,

So Ordered
Louis L. Stanton
10/3/17

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016

{00255460;1}

Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

*Counsel for Plaintiff*